IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAULIE CANTAVE, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>SAINT JOSEPH'S UNIVERSITY,<br><br>Defendant. | Case No. 2:23-cv-03181-MMB |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella, sworn to on October 18, 2024, and the accompanying exhibits and memorandum of law, and upon all prior proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff Jaulie Cantave will move this Court on October 30, 2024, at 10:00am in the United States District Court for the Eastern District of Pennsylvania, U.S. Courthouse, Courtroom 3A, 601 Market Street, Philadelphia, PA 19106 before the Honorable Michael M. Baylson, for an Order under Federal Rule of Civil Procedure 23: (1) finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All undergraduate students enrolled at SJU who satisfied their tuition payment obligation and attended at least one in-person class on campus during the Spring 2020 semester but had their class(es) moved to online learning.
>
> Excluded from the Settlement Class is: (i) any person who withdrew from SJU on or before March 19, 2020; (ii) any person enrolled for the Spring 2020 semester solely in a program that was originally delivered as an online program without regard to any changes in modality resulting from the COVID-19 pandemic; or

(iii) any person who received Financial Aid equal to or exceeding the applicable tuition for the Spring 2020 Semester.

(2) confirming that the notice plan approved by the Court in its June 10, 2024 Preliminary Approval Order has been fully and sufficiently executed; (3) finally appointing Named Plaintiff Jaulie Cantave as Settlement Class Representative; (4) finally appointing Nicholas A. Colella of Lynch Carpenter, LLP and Anthony M. Alesandro of Leeds Brown Law, P.C. to act on behalf of the Settlement Class and the Settlement Class Representative with respect to the Settlement; (5) entering the proposed final judgment; and (6) granting such other and further relief as may be just and appropriate.

Dated: October 18, 2024

Respectfully submitted,

/s/ Nicholas A. Colella
Nicholas A. Colella (PA ID No. 332699)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
NickC@lcllp.com

Anthony Alesandro, Esq.*
**LEEDS BROWN LAW, P.C.**
1 Old Country Road, Suite 347
Carle Place, NY 11514
516.873.9550
aalesandro@leedsbrownlaw.com
*Pro Hac Vice*

*Attorneys for Plaintiff and the Settlement Class*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 18, 2024, a true and correct copy of the foregoing was served upon all counsel of record via the Court's electronic filing system.

*/s/ Nicholas A. Colella*
Nicholas A. Colella
