**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **Cantave**<br>***Individually and on behalf of all others similarly situated,***<br><div align="right">Plaintiff,</div><br>**v.**<br><br>**Saint Joseph's University,**<br><div align="right">Defendant.</div> | **CIVIL ACTION**<br><br>**NO. 23-3181** |

<u>**ORDER RE: FINAL CLASS SETTLEMENT APPROVAL & FEES**</u>

**AND NOW**, this 18th day of November, 2024, for the reasons stated in the foregoing Memorandum it is HEREBY ordered that Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement (ECF 29) is GRANTED and Plaintiff's Motion for Attorney Fees, Costs, and Case Contribution Award to Settlement Class Representative (ECF 25) is GRANTED in part and DENIED in part. The Court approves the case contribution award to named Plaintiff and will rule on the litigation expenses by subsequent Order. The Court will award class counsel attorneys' fees worth nineteen percent (19%) of the fund.

**BY THE COURT:**

**/s/ Michael M. Baylson**

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-3181 Cantave v St Joes\23-3181 Order Approving Class Settlement.docx