IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Cantave**<br>*Individually and on behalf of all others similarly situated,*<br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>**Saint Joseph's University,**<br>　　　　　　　　　　　　Defendant. | **CIVIL ACTION**<br><br>**NO. 23-3181** |

### ORDER RE: LITIGATION EXPENSES

**AND NOW**, this 26th day of November, 2024, upon review of Plaintiff's Supplemental Briefing Regarding Request for Litigation Expenses (ECF 33), class counsels' request for $5,577.00 in litigation expenses, comprising the Complaint filing fee ($402) and the cost of mediation ($5,175) is approved. As the Court has now ruled on all outstanding issues, the Clerk is directed to terminate this case.

　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　s/Michael M. Baylson
　　　　　　　　　　　　　　　　　**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-3181 Cantave v St Joes\23-3181 litigation expenses order.docx